

United States Attorney's Office
~~EASTERN~~ DISTRICT OF MISSOURI
*WESTERN*

18-3023 - CV - S - RK - P

## Civil Rights Complaint Form

The United States Attorney's Office (USAO), in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the ~~Eastern~~ *Western* District of Missouri. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws. The USAO is primarily a litigating office and not an investigative office. The information you provide on this complaint form may be forwarded to the appropriate law enforcement and/or administrative agency at the discretion of this office.

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| **Roger Scott** | **Pu. Co. Jail (ZZ,) ET: AL** |
| Name | Name of Person or Entity |
| **P.O. Box 177** | **301 Historic Rte 66** |
| Address | Address |
| Address (Line 2) | Address (Line 2) |
| **Dixon Mo. 65459** | **Waynesville, Mo. 65583** |
| City, State     Zip | City, State     Zip |
| **Pulaski** | **Pulaski** |
| County     Phone | County     Phone |
| email: | email: |

Nature of Alleged Civil Rights Violation (please check specific area(s) that apply to your complaint):

[ ] Abortion Clinic Access
[ ] Credit/Lending Opportunities
[ ] Disability Rights or Access
[ ] Educational Opportunities
[ ] Employment Discrimination**
[ ] Hate Crime

[ ] Housing Discrimination
[ ] Human Trafficking
[ ] Law Enforcement Misconduct
[ ] Military/Veteran Status
[X] Prisoner or Institutionalized Person Rights

[ ] Race/National Origin
[ ] Religious Liberties
[ ] Voting Rights
[ ] Other:_____

**Note: "Employment Discrimination" includes Immigration Related Unfair Employment Practices

Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):

① Amendment V: Defendant Denied Law Library access, withheld funds, still withholding Legal Mail Unlawfully, Withholding payed for Canteen + Monies.+ check

② Amendment VI: Denied Council For 34 days to help prepare case + obtain witnesses.

③ Amendment VIII: Bail is set at 100,000 For Class E + D. which is trumped up "Blair Law"

<Attach additional page(s) if necessary>  & LIVING CONDITIONS INSIDE JAIL. (ADDED Page)

Complaint Cont;                    Roger Scott pro;se
                                              plaintiff

AMENDMENT VIII (Cont From previous Page) _ Numerous

#① violations; That on Nov 9th - 19th aprox, Believably, had

myself; Roger Scott pro;se and Hans Fry in cell 13 at

Pulaski County Jail, sleeping on Floor with Nothing but a torn up

mattress. (Grievance Filed) has since, Borrowed mats From

a city Jail, Believably on Dec 19th

violation ② approx Nov 23, 2017 and 6 days more, placed Five (5) men inside

cell 6, a 6Ft x 9Ft cell, (2 in Bunks, and 3 on Floor)

Behind a steel door with No ventelation on top of it. 5 men are named:

Roger Scott, Pro; se (Plaintiff) Hans Fry, Kevin Sandifer,

Jeremy Wages, and Jason INMAN

viol #③ ON or about Dec 1st, toilet in Sally Port (1 For 18 Bunks)

Over Flowed at approx 11:00 Pm and had Fecal matter Floating on

Floor, along with urine and was Denied access to a working

toilet For over an Hour on Canteen night (coffee) Furthemore,

Jailers turned lights OFF in Sally-Port at approx 2:25 AM Dec 2nd

beFore we could have a chance to mop + sterilize properly

(Fecal matter) Wittness to this are some Names:

Josh Houston, Joey Atterberry, zach Estright, Cody Worley, and

Will Terry (and many more upon request)

MOID
Growing
all over
walls

Finally at approx 12:01 Dec 2nd was allowed to use the

Trustee Bay's toilet three (3x) times then left to piss in a

Bucket untill Plumber showed up on Dec 2nd at approx 8:30 Am

HENCE: Excessivley CRUEL + UNUSUAL PUNISHMENT

in addition; Food is always Cold From SweetwatER

CaFe. Plus (Believably) Gasoline was thrown in my cell previously Day

Before Being moved to Dixon city Jail on Dec 19 2017 (Jailer Smelled it;
Pm Shift

Do you believe that the violation of civil rights described in this complaint is part of, or results from, a policy, pattern, or practice on the part of the person or entity named above? If so, please describe the policy, pattern, or practice in detail and identify others who you believe were subjected to the same or similar treatment:

_Hans Fry, Josh Houston, Joey Atterberry, Zach Estright, Cody Worley, Will Terry and all Named on Previous Page._

Are you represented by an attorney in this matter?    Yes    No If yes, please provide name of attorney, address and phone number.
Name _____ _Pending_ _____    Phone _____
Address _____

Have you filed a lawsuit concerning this matter?    Yes    No If yes, please provide the case name, court in which the case was brought, and the status of the case.

Have you filed a complaint about this matter with any other federal, state, or government agency?    Yes    No If yes, please list the agency, contact person, phone, and status of the complaint.

Although the volume of information we receive from concerned members of the public prevents us from responding to every complaint we receive, be assured that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and, if so, whether the United States Department of Justice through the United States Attorney's Office or another agency has enforcement authority with respect to such a violation. This Office has the discretion to determine if your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate, or should be referred to another agency for investigation.

***SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF. IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED AND YOU INTEND TO SUE FOR MONEY OR OTHER RELIEF, YOU SHOULD CONTACT A PRIVATE ATTORNEY.

Signature: _Roger Scott_    Date: _12-21-17_

Mail or Fax your completed complaint form along with any supporting documentation to the following:

Civil Rights Coordinator,
United States Attorney's Office, District of Eastern Missouri
111 S. 10th Street, Suite 20.333
St. Louis, MO 63102
(314) 539-2188 (fax)

# UNITED STATES DISTRICT COURT
## ~~EASTERN~~ DISTRICT OF MISSOURI
### WESTERN _____ DIVISION

Roger Scott Pro;se

_____

_____

(Enter above the full name of the
Plaintiff in this action. Include prison
registration number.)

v.

Jimmy Bench (SherriF Pu.Co.)

Capt Jimmy Burgess Pu.Co.Jail

Sgt. Robinson

_____

_____

(Enter above the full name of **ALL** Defend-
ant(s) in this action. Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of **all** the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk)

In what capacity are you suing the
defendants?

☐ Official
☐ Individual
☐ Both

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT: Suit is against Pulaski County Jail; NOT: IN Waynesville mo

 * Dixon (City Jail) mo. ("NOT NAMED" in suit.) FINE Facility CONSIDERING! & Feel Safe.

II.  PREVIOUS CIVIL ACTIONS:

A.  Have you brought any other civil actions in state or federal court dealing with the
same facts involved in this action or otherwise relating to your confinement?

YES  [ ]          NO  [X]

 * NOT against Dixon City Jail

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

Plaintiff: _____

_____

Defendant(s): _____

_____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

_____

_____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

_____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES [ ]          NO [X]   Pulaski Co. Jail has Communication Form s only

B. Have you presented this grievance system the facts which are at issue in this complaint?

YES [X]          NO [ ]

* Via: Prisoner Communication Form

-2-

C.   If your answer to "B" is YES, what steps did you take: Wrote Sgt. Robinson 2x with No copies given twice, No Response at all.

D.   If your answer to "B" is NO, explain why you have not used the grievance system:

there is NONE

## IV. PARTIES TO THIS ACTION:

A.   Plaintiff

1.   Name of Plaintiff: Roger Scott

2.   Plaintiff's address: P.O. Box 177 Dixon, Mo 65459

3.   Registration number: _____

B.   Defendant(s)   Jimmy Bench, Capt Burgess, +

1.   Name of Defendant: SGT: Robinson

2.   Defendant's address: _____

3.   Defendant's employer and job title: _____

4.   Additional Defendant(s) and address(es): _____

-3-

V. COUNSEL

A. Do you have an attorney to represent you in this action?

      YES  [ ]             NO  [X] (Pending)

B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

      YES  [X]             NO  [ ]

C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

Need Attorney (civil) Registration Booklet and don't have an outlet to recieve. As well as being ignored For my Mail Request, and account, Trust Fund Sheet For INForma Pauperous Filing.

D. If your answer to "B" is NO, explain why you have not made such efforts:

Robinson Denied Plaintiff access
RE: Law Library A.R.

E. Have you previously been represented by counsel in a civil action in this Court?

      YES  [ ]             NO  [X]

F. If your answer to "E" is YES, state the attorney's name and address:

_____

_____

-4-

VII.    RELIEF

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments.  (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

Monetary, Correct problem a.s.a.P.  OR Simply
dismiss my Pulaski County Charges Permanently
and Pending Camden County charges.

VIII.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒        NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

200 K    because the Violations are so Severe
For So long and Cant Be Fixed if tried too UNless
Move every prisoner out of that Jail. Still Suffered
Sleeping around Fecal matter.  CRUel + UNUSUal For sure, Cold Food

IX.     Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?    3X Day Continuous

YES [☒]               NO [ ]

Roya Scott                                    12-21-2017
Signature of attorney or pro se Plaintiff            Date

-6-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Starting with Sheriff Jimmy Bench for allowing these violations to occur, placing 5 men in a 6×9 cell, allowing the jail administrator to keep doing these things by not putting monies forth to correct problem(s) due to monies going toward New Jail under construction.

Burgess; Jail administrator not pressing for New Mattress's while continually using Half Matts, and serving cold food continually, and not moving inmates to better living conditions.

Sgt Robinson for continually not correcting shortage of mattress's and giving "torn up" mats to prisoners, denying me life, liberty, property and bodily harm. Keeping of my money and legal mail. Making me sleep with fecal matter From Dec 1st thru to Dec 2nd until plumber came in at approx 8:30 am and all other violations on cover sheet.

    Would like to reserve the right to add defendants and complaints. Respectfully. + Denying law library and copy of trust account for Forma Pauperous Needed for complaint. Living Conditions

-5-

Et; all

Roger Scott
P.O. Box 177
Dixon, MO
65459

RECEIVED

2018 JAN 18 PM 3:18

CLERK U.S. DIST COURT
WEST DIST OF MO.
KANSAS CITY, MO.

Civil RIGHTS Coordinator
U.S. Attorney's Office
District of Western Missouri
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO.
64106

SCREENED BY
U.S. M_____ ___ ___

